1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   KIMBERLY E. HOPKINS (MABN 668608)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-6748
8       Kathryn.haun@usdoj.gov

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA            ) CASE NO. CR-13-466-JSW
                                         )
15 |     v.                              )
                                         ) STIPULATION AND [PROPOSED] ORDER
16 | DOMINIQUE MARTIN,                   )
                                         )
17 |     Defendant.                      )
                                         )
18                                       )
                                         )
19

       The Government respectfully submits this Stipulation and Proposed Order on behalf of the
20
   parties to request that the August 19, 2014 detention hearing in the above-captioned matter be continued
21
   to August 21, 2014 due to a conflict that government counsel has.
22
   SO STIPULATED.
23
   DATED:  August 7, 2014                       MELINDA HAAG
24                                              United States Attorney

25

26                                        By:           /s/
                                                KATHRYN HAUN
27                                              Assistant United States Attorney

28

   STIPULATION AND [PROPOSED] ORDER         1
   CR-13-466 JSW

1 | DATED: August 7, 2014

/s/
JULIA JAYNE, ESQ.
Counsel for defendant Martin

PROPOSED ORDER

IT IS HEREBY ORDERED THAT the August 19, 2014 detention hearing is continued until August 21, 2014.

DATED: 8/8/14

HON. KANDIS A. WESTMORE
United States Magistrate Judge