UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIQUE MARTIN,<br><br>Defendant. | Case No. 13-cr-00466-JSW-2<br><br>**ORDER DENYING SECOND MOTION TO AND SUPPLEMENTAL MOTION TO REDUCE SENTENCE**<br><br>Re: Dkt. Nos. 940, 975 |

This matter comes before the Court upon consideration of Defendant Dominique Martin's second motion to reduce his sentence, pursuant to 18 U.S.C. section 3582(c), as supplemented by counsel. The Court has considered the parties' papers, relevant legal authority, and the record in this case. On June 14, 2021, the Court granted Martin's first motion to reduce, reducing his sentence to a total of 301 months. Time has passed since he last filed a motion, and Martin has engaged in additional programming while in custody. However, the Court finds he has not presented any new information that would warrant the Court to find extraordinary and compelling reasons warranting a further reduction of his sentence.

Accordingly, the Court DENIES the motion.

**IT IS SO ORDERED**.

Dated: February 27, 2024

_____
JEFFREY S. WHITE
United States District Judge